AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Koenig, Nancy M. | Northern District of Texas | 10/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magistrate Judge (full) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Magistrate
1205 Texas Avenue Suite 211
Lubbock, TX 79401

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976-77 | Alcoholism Council of Texas/National Council on Alcoholism Flexible Annuity Plan through Mutual of America |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Legal Aid of North West Texas Employment |
| 2. 2015 | Tx County & District Retirement System - Lubbock County |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education | Student loans | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Cent. Global Gold | | None | | | Sold | 07/02/15 | K | | |
| 2. iShares Msco Australia Index Fund | | None | | | Sold | 06/10/15 | K | B | |
| 3. Central Fund Canada CL A | A | Dividend | K | T | Buy (add'l) | 10/02/15 | J | | |
| 4. Silver Wheaton Corp | A | Dividend | K | T | | | | | |
| 5. Select Harvest | A | Dividend | J | T | Buy | 06/12/15 | K | | |
| 6. Statoil ASA | A | Dividend | | | Sold | 06/10/15 | K | | |
| 7. Cash Fund/ Fidelity Investments | A | Interest | J | T | | | | | |
| 8. Pembina Pipeline Corp | A | Dividend | | | Sold | 09/24/15 | K | | |
| 9. Royal Gold Inc Com | A | Dividend | | | Sold | 12/30/15 | K | | |
| 10. Franco Nevada Corp | A | Dividend | K | T | Buy | 07/08/15 | K | | |
| 11. Prosperity Bank IRA (formerly ASB) | A | Interest | J | T | | | | | |
| 12. Prosperity Bank IRA (formerly ASB) | A | Interest | J | T | | | | | |
| 13. Alliance Federal Credit Union | A | Interest | J | T | | | | | |
| 14. Bank of America checking Account | | None | K | T | | | | | |
| 15. Bank of America Savings Account | A | Interest | K | T | | | | | |
| 16. Mutual of America Flex Ann Pl. National Council on Alcoholism | A | Interest | J | T | | | | | |
| 17. US Savings Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual of America 401(k) Legal Aid of Nwest Texas(H) | | | | | | | | | |
| 19. Mutual of America Interest Accumulation | A | Interest | L | T | | | | | |
| 20. Mutual of America 2015 Retirement Fund | A | Interest | K | T | | | | | |
| 21. NY Life Whole Life (1) | A | Dividend | K | T | | | | | |
| 22. NY Life Whole Life (2) | B | Dividend | K | T | | | | | |
| 23. Family Estate Trust (7.30%) (H) | | | | | | | | | |
| 24. Mineral Interest 1, Bastrop County Texas | A | Royalty | J | V | | | | | |
| 25. Mineral Interest 2, Bastrop County Texas | | None | J | V | | | | | |
| 26. Royalty Interest 1, Bastrop County Texas | | None | J | V | | | | | |
| 27. Mineral Interest 3, Bastrop County Texas | | None | J | V | | | | | |
| 28. Mineral Interest 4, Bastrop County Texas | | None | J | V | | | | | |
| 29. Mineral Interest 5, Bastrop County Texas | | None | J | V | | | | | |
| 30. Mineral Interest 1, Brazoria County Texas | | None | J | V | | | | | |
| 31. Royalty Interest 1, Brazoria County Texas | | None | J | V | | | | | |
| 32. Mineral Interest 2, Brazoria County Texas | | None | J | V | | | | | |
| 33. Mineral Interest 3, Brazoria County Texas | | None | J | V | | | | | |
| 34. Royalty Interest 3, Brazoria County Texas | | None | J | V | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royalty Interest 4, Brazoria County Texas | | None | J | V | | | | | |
| 36. Mineral Interest 4, Brazoria County Texas | | None | J | V | | | | | |
| 37. Mineral Interest 5, Brazoria County Texas | | None | J | V | | | | | |
| 38. Mineral Interest 6, Brazoria County Texas | | None | J | V | | | | | |
| 39. Mineral Interest 7, Brazoria County Texas | | None | J | V | | | | | |
| 40. Mineral Interest 8, Brazoria County Texas | | None | J | V | | | | | |
| 41. Mineral Interest 9, Brazoria County Texas | | None | J | V | | | | | |
| 42. Mineral Interest 10, Brazoria County Texas | | None | J | V | | | | | |
| 43. Royalty interest 5, Brazoria County Texas | | None | J | V | | | | | |
| 44. Mineral Interest 11, Brazoria County Texas | | None | J | V | | | | | |
| 45. Mineral Interest 12, Brazoria County Texas | | None | J | V | | | | | |
| 46. Mineral Interest 13, Brazoria County Texas | | None | J | V | | | | | |
| 47. Mineral Interest 14, Brazoria County Texas | | None | J | V | | | | | |
| 48. Royalty Interest 6, Brazoria County Texas | | None | J | V | | | | | |
| 49. Royalty Interest 7, Brazoria County Texas | | None | J | V | | | | | |
| 50. Royalty Interest 8, Brazoria County Texas | | None | J | V | | | | | |
| 51. Royalty Interest 9, Brazoria County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royalty Interest 10, Brazoria County Texas | | None | J | V | | | | | |
| 53. Royalty Interest 11, Brazoria County Texas | | None | J | V | | | | | |
| 54. Royalty Interest 12, Brazoria County Texas | | None | J | V | | | | | |
| 55. Royalty Interest 13, Brazoria County Texas | | None | J | V | | | | | |
| 56. Royalty Interest 14, Brazoria County Texas | | None | J | V | | | | | |
| 57. Royalty Interest 15, Brazoria County Texas | | None | J | V | | | | | |
| 58. Mineral Interest 1, Brewster County Texas | | None | J | V | | | | | |
| 59. Mineral Interest 2, Brewster County Texas | | None | J | V | | | | | |
| 60. Mineral Interest 3, Brewster County Texas | | None | J | V | | | | | |
| 61. Mineral Interest 4, Brewster County Texas | | None | J | V | | | | | |
| 62. Mineral Interest 5, Brewster County Texas | | None | J | V | | | | | |
| 63. Mineral Interest 6, Brewster County Texas | | None | J | V | | | | | |
| 64. Mineral Interest 7, Brewster County Texas | | None | J | V | | | | | |
| 65. Mineral Interest 8, Brewster County Texas | | None | J | V | | | | | |
| 66. Mineral Interest 9, Brewster County Texas | | None | J | V | | | | | |
| 67. Mineral Interest 10, Brewster County Texas | | None | J | V | | | | | |
| 68. Mineral Interest 11, Brewster County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mineral Interest 12, Brewster County Texas | | None | J | V | | | | | |
| 70. Mineral Interest 13, Brewster County Texas | | None | J | V | | | | | |
| 71. Mineral Interest 14, Brewster County Texas | | None | J | V | | | | | |
| 72. Mineral Interest 15, Brewster County Texas | | None | J | V | | | | | |
| 73. Mineral Interest 16, Brewster County Texas | | None | J | V | | | | | |
| 74. Mineral Interest 17, Brewster County Texas | | None | J | V | | | | | |
| 75. Mineral Interest 18, Brewster County Texas | | None | J | V | | | | | |
| 76. Mineral Interest 19, Brewster County Texas | | None | J | V | | | | | |
| 77. Mineral Interest 20, Brewster County Texas | | None | J | V | | | | | |
| 78. Royalty Interest 1, Caldwell County Texas | | None | J | V | | | | | |
| 79. Royalty Interest 2, Caldwell County Texas | | None | J | V | | | | | |
| 80. Royalty Interest 3, Caldwell County Texas | | None | J | V | | | | | |
| 81. Royalty Interest 4, Caldwell County Texas | | None | J | V | | | | | |
| 82. Royalty Interest 5, Caldwell County Texas | | None | J | V | | | | | |
| 83. Royalty Interest 6, Caldwell County Texas | | None | J | V | | | | | |
| 84. Royalty Interest 7, Caldwell County Texas | | None | J | V | | | | | |
| 85. 5 of 7 Caldwell Co. TX Prop. NORCO CRUDE GATHERING | A | Royalty | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mineral Interest 1, Chambers County Texas | | None | J | V | | | | | |
| 87. Royalty Interest 1, Chambers County Texas | | None | J | V | | | | | |
| 88. Mineral Interest 2, Chambers County Texas | | None | J | V | | | | | |
| 89. Royalty Interest 2, Chambers County Texas | | None | J | V | | | | | |
| 90. Mineral Interest 3, Chambers County Texas | | None | J | V | | | | | |
| 91. Royalty Interest 3, Chambers County Texas | | None | J | V | | | | | |
| 92. Mineral Interest 1, Cherokee County Texas | | None | J | V | | | | | |
| 93. Mineral Interest 2, Cherokee County Texas | | None | J | V | | | | | |
| 94. Mineral Interest 3, Cherokee County Texas | | None | J | V | | | | | |
| 95. Mineral Interest 4, Cherokee County Texas | | None | J | V | | | | | |
| 96. Mineral Interest 1, Coleman County Texas | | None | J | V | | | | | |
| 97. Mineral Interest 2, Coleman County Texas | | None | J | V | | | | | |
| 98. Mineral Interest 3, Coleman County Texas | | None | J | V | | | | | |
| 99. Royalty Interest 1,Colorado County TX (HILLCORP ENGY) | A | Royalty | J | V | | | | | |
| 100. Royalty Interest 1, Dewitt & Lavaca Counties, Texas | A | Royalty | J | V | | | | | |
| 101. (GEORGE BROWN PART: SONA CO.,) PASO PROD.)(H) | | | | | | | | | |
| 102. Royalty Int., Ft. Bend Co., TX (PHLLIPS PETROLEUM) | A | Royalty | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Royalty Interest 1, Gaines Co., TX (MEREDITH MARKETING) | A | Royalty | J | V | | | | | |
| 104. Royalty Interest 1, Gregg County Texas | | None | J | V | | | | | |
| 105. Mineral Interest 1, Harris County Texas | | None | J | V | | | | | |
| 106. Mineral Interest 2, Harris County Texas | | None | J | V | | | | | |
| 107. Mineral Interest 3, Harris County Texas | | None | J | V | | | | | |
| 108. Mineral Interest 4, Harris County Texas | | None | J | V | | | | | |
| 109. Mineral Interest 1, Jefferson County Texas | | None | J | V | | | | | |
| 110. Mineral Interest 1, Jim Hogg County Texas | A | Royalty | J | V | | | | | |
| 111. Royalty Interest 1, Jim Hogg County Texas | A | Royalty | J | V | | | | | |
| 112. Royalty Interest, Lavaca Co., TX (GEORGE BROWN PTSHP) | A | Royalty | J | V | | | | | |
| 113. Mineral Interest 1, Leon County Texas | | None | J | V | | | | | |
| 114. Mineral Interest 2, Leon County Texas | | None | J | V | | | | | |
| 115. Mineral Interest 3, Leon County Texas | | None | J | V | | | | | |
| 116. Mineral Interest 4, Leon County Texas | | None | J | V | | | | | |
| 117. Mineral Interest 5, Leon County Texas | | None | J | V | | | | | |
| 118. Mineral Interest 6, Leon County Texas | | None | J | V | | | | | |
| 119. Mineral Interest 7, Leon County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mineral Interest 8, Leon County Texas | | None | J | V | | | | | |
| 121. Mineral Interest 9, Leon County Texas | | None | J | V | | | | | |
| 122. Mineral Interest 10, Leon Co., TX (PHOENX.HYDROCARBS) | A | Royalty | J | V | | | | | |
| 123. Mineral Interest 11, Leon County Texas | | None | J | V | | | | | |
| 124. Mineral Interest 12, Leon County Texas | | None | J | V | | | | | |
| 125. Mineral Interest 13, Leon County Texas | | None | J | V | | | | | |
| 126. Mineral Interest 14, Leon County Texas | | None | J | V | | | | | |
| 127. Mineral Interest 15, Leon County Texas | | None | J | V | | | | | |
| 128. Mineral Interest 16, Leon County Texas | | None | J | V | | | | | |
| 129. Mineral Interest 1, Liberty County Texas | | None | J | V | | | | | |
| 130. Mineral Interest 1, Madison County Texas | | None | J | V | | | | | |
| 131. Mineral Interest 2, Madison County Texas | | None | J | V | | | | | |
| 132. Mineral Interest 3, Madison County Texas | | None | J | V | | | | | |
| 133. Mineral Int.4, Madison County TX (MITCHELL ENERGY) | A | Royalty | J | V | | | | | |
| 134. Mineral Interest 5, Madison County Texas | | None | J | V | | | | | |
| 135. Mineral Interest 6, Madison County Texas | | None | J | V | | | | | |
| 136. Mineral Interest 7, Madison County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Mineral Interest 8, Madison County Texas | | None | J | V | | | | | |
| 138. Mineral Interest 9, Madison County Texas | | None | J | V | | | | | |
| 139. Mineral Interest 10, Madison County Texas | | None | J | V | | | | | |
| 140. Mineral Interest 11, Madison County Texas | A | Royalty | J | V | | | | | |
| 141. (CARTER LANGHAM BLACKHILL, WICK. ENERGY) (H) | | | | | | | | | |
| 142. Mineral Interest 12, Madison County Texas | | None | J | V | | | | | |
| 143. Royalty Interest, Madison co. TX (MITCHELL ENERGY) | A | Royalty | J | V | | | | | |
| 144. Royalty Interest, Madison Co.,TX (MITCHELL ENERGY) | A | Royalty | J | V | | | | | |
| 145. Mineral Interest 1, Raines County Texas | | None | J | V | | | | | |
| 146. Mineral Interest 1, Rusk County Texas | | None | J | V | | | | | |
| 147. Mineral Interest 2, Rusk County Texas | | None | J | V | | | | | |
| 148. Mineral Interest 3, Rusk County Texas | | None | J | V | | | | | |
| 149. Mineral Interest 4, Rusk County Texas | | None | J | V | | | | | |
| 150. Mineral Interest 5, Rusk County Texas | | None | J | V | | | | | |
| 151. Royalty Interest 1, Rusk County Texas (EXXON) | A | Royalty | J | V | | | | | |
| 152. Royalty Interest 2, Rusk County Texas | A | Royalty | J | V | | | | | |
| 153. (PLAINS MKT. (H) PLAINS ALL AMER. / SCURLOCK PERM) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Royalty Interest 3, Rusk County Texas | A | Royalty | J | V | | | | | |
| 155. (SCURLOCK (H) PERMIAN / EXXON) (H) | | | | | | | | | |
| 156. Royalty Interest 4, Rusk Co. TX, (EXXON) | A | Royalty | J | V | | | | | |
| 157. Royalty Interest 5, Rusk County Texas | | None | J | V | | | | | |
| 158. Royalty Interest 6, Rusk County Texas | A | Royalty | J | V | | | | | |
| 159. (SCURLOCK (H) PERMIAN / PLAINS ALLAMER/EXXON) | | | | | | | | | |
| 160. Royalty Interest 7, Rusk County Texas (SUN REFINING) | A | Royalty | J | V | | | | | |
| 161. Mineral Interest 1, Shelby County Texas | | None | J | V | | | | | |
| 162. Mineral Interest 1, Smith County Texas | | None | J | V | | | | | |
| 163. Mineral Interest 2, Smith County Texas | A | Royalty | J | V | | | | | |
| 164. Mineral Interest 3, Smith County Texas | | None | J | V | | | | | |
| 165. Mineral Interest 4, Smith County Texas | | None | J | V | | | | | |
| 166. Mineral Interest 5, Smith County Texas | | None | J | V | | | | | |
| 167. Mineral Interest 6, Smith County Texas | | None | J | V | | | | | |
| 168. Mineral Interest 7, Smith County Texas (MAP PRODUCTION) | | None | J | V | | | | | |
| 169. Mineral Interest 8, Smith County Texas | | None | J | V | | | | | |
| 170. Mineral Interest 9, Smith County Texas | | None | J | V | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Mineral Interest 10, Smith County Texas | | None | J | V | | | | | |
| 172. Royalty Interest 1, Victoria Co., TX (COLOGNE PRODUCTION) | A | Royalty | J | V | | | | | |
| 173. Royalty Interest 2, Victoria County Texas | | None | J | V | | | | | |
| 174. Royalty Interest 3, Victoria County Texas | | None | J | V | | | | | |
| 175. Miscellaneous non property transactions | | None | J | V | | | | | |
| 176. MCMAHON LITIGATION PROCEEDS / Dallas County | A | Royalty | J | V | | | | | |
| 177. Revenue Pending Allocation | | None | J | V | | | | | |
| 178. Royalty Interest 2, Brazoria County Texas | | None | J | V | | | | | |
| 179. Oil & Gas Lease Bonus various prop. (Texas) | A | Rent | L | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 10/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"Part VI , page 3, line 1, DEPARTMENT OF EDUCATION"
Previously unreported Department of Education Student Loan.

"Part VII, page 5, line 18, MUTUAL OF AMERICA
Previously unreported spouses retirement account for current employer.  Account increases from biweekly employee and employer contributions and interest earned on the account.

"Part VII, page 5, lines 21 and 22, NY LIFE WHOLE LIFE"
NY Life are whole life policies purchased in 1984 and that were previously unreported.  The underlying investments are not known to the filer or spouse.

"Part VII, page 5, line 24-34, MINERAL INTEREST 1, BASTROP COUNTY, TEXAS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 6, lines 35-51, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 7, lines 52-68, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a  minority royalty interest.

"Part VII, page 8, lines 69-85, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 9, lines 86-102, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 10, lines  103-119, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 11, lines 120-136, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 12, lines 137-153 ,  VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 13, lines 154-170, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 14, lines 171-176  VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

Part VII, page 14, line 177, REVENUE PENDING ALLOCATION
The trust deposits oil & gas proceeds as they are received from various purchasers.  Some of the production receipts aren't credited to the specific leases until a later date.  This account is used for funds until the specific lease can be identified.

Part VII, page 14, Lines 178-179, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy M. Koenig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544